In the Matter of the Petition of BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, to Compel COUNTY TRUST COMPANY and WILLIAM A. DAVIDSON, as Administrators with the Will Annexed, etc., of WELCOME G. HITCHCOCK, Late of the County of Westchester, Deceased, to Render and Settle Their Accounts as Such Administrators and to Pay the Legacies Bequeathed under the Will of Said Decedent to Said BROOKLYN SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN.— On argument, decree of the Surrogate's Court of Westchester county reversed upon the law and the facts, without costs, and the prayer of the petition granted, without costs, to the extent of requiring the administrators with the will annexed of Welcome G. Hitchcock, deceased, to render and file an account of their proceedings as such administrators. From the record before us, the decree appealed from seems to have been made upon the

learned surrogate's own motion, without appearance by the administrators, who were duly cited. There was no appearance on this appeal by the administrators, and no brief filed. We are without information as to the grounds upon which the prayer of the petition was denied. In the circumstances, we conclude that, in the absence of objection, the petitioners should have been accorded the relief sought to the extent above indicated. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur. Settle order.